# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

BRAD DAVIS O/B/O                                                        PLAINTIFF
ANDREA DAVIS

v.                       Case No. 4:24-CV-00825-BRW-JTK

MARTIN O'MALLEY,                                        DEFENDANT
Commissioner of the
Social Security Administration

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED THIS 13th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE